UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

KAREL FRANCIS VANDENHAAK,

      Defendant.

CASE NO. MJ 15-308

DETENTION ORDER

<u>Offense charged</u>: Possession of Child Pornography; Receipt of Child Pornography; Forfeiture Allegations

<u>Date of Detention Hearing</u>: July 20, 2015.

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  1. Defendant has been indicted on the above-referenced charges. He does not contest entry of an order of detention.

  2. Defendant's past criminal record includes attempt to elude pursuing police, assault and trespass charges, identity theft and DWLS in the Third Degree, with bench warrant

DETENTION ORDER
PAGE - 1

activity on a number of occasions. Defendant does not have a viable release plan.

3. Defendant poses a risk of nonappearance due to use of controlled substances and prior failures to appear, as well as a lack of a release plan. He poses a risk of danger due to the nature of the charges, prior criminal record, and statements made to arresting officers.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of July, 2015.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 2